IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

MICHAEL SCOTT MCGLOTHIN PETITIONER

V. CIVIL ACTION NO. 3:26-CV-00257-SA-JMV

STATE OF MISSISSIPPI RESPONDENT

ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*
AND TRANSFERRING ACTION TO THE SOUTHERN DISTRICT OF MISSISSIPPI

This matter comes before the Court, *sua* sponte, for consideration of the transfer of this cause. Petitioner Michael Scott McGlothin, proceeding *pro se*, has filed a writ of habeas corpus under 28 U.S.C. § 2254 challenging various convictions and resulting sentences imposed in the Circuit Court of Hinds County, Mississippi. *See* [1].

When a person petitions for a writ of habeas corpus and is in custody in a state with two or more federal judicial districts, the petition "may be filed in the district court for the district wherein such person is in custody or in the district court for the district within which the State court was held which convicted and sentenced [the person] and each of such district courts shall have concurrent jurisdiction to entertain the application." 28 U.S.C. § 2241(d). The district court in which the petition is filed may "in the exercise of its discretion and in furtherance of justice transfer the application to the other district for hearing and determination." *Id.*

As noted above, Petitioner is challenging convictions and sentences imposed in the Hinds County Circuit Court, a state court geographically located within the Southern District of Mississippi. *See* 28 U.S.C. § 104(b)(1). Because the records, witnesses, and materials regarding Petitioner's state court conviction and sentence are located in the Southern District, the Court finds the Southern District to be the more convenient forum for resolving this petition. *See Bell v.*

*Watkins*, 692 F.2d 999, 1013 (5th Cir. 1982) (finding that the transfer of a case to the district where petitioner was convicted was not an abuse of discretion under 28 U.S.C. § 2241(d)).

Accordingly, in the exercise of this Court's discretion and in the furtherance of justice, it is hereby ORDERED:

1. That the pending motion [2] to proceed *in forma pauperis* is GRANTED; and
2. The instant action is hereby TRANSFERRED to the United States District Court for the Southern District of Mississippi, and all documents filed in this civil action shall be received in accordance with the local rules of the Southern District of Mississippi.

SO ORDERED, this, the 9th day of September, 2026.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE